# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| FISH TALE CREDIT LLC, | Civil Nos. 16-4068 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT** |
| DELOREN E. ANDERSON, et al, | **AND RECOMMENDATIONS** |
| Defendants, | |

_____

Mark Kalla, Alyssa Troje, **LAPP, LIBRA, THOMSON, STOEBNER & PUSCH, CHARTERED,** 120 South Sixth Street, Suite 2500, Minneapolis, MN 55402-4662, for plaintiff.

Caitlin Guilford, Jonathan Drewes, **DREWES LAW, PLLC,** 509 First Avenue NE, Suite 2, Minneapolis, MN 55413, for defendants Deloren E. Anderson, Marilyn S. Anderson, Little Yukon Greenhouse, Inc..

Roylene Champeaux, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant United States of America.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. Defendants Deloren E. Anderson, Marilyn S. Anderson, and Little Yukon Greenhouse, Inc.'s Motion to Dismiss, [Docket No. 4], is **GRANTED.**

2. All of Plaintiff's claims in Count I against the Moving Defendants are **DISMISSED WITH PREJUDICE;**

3. All of Plaintiff's claims in Count II against the Moving Defendants are

**DISMISSED WITH PREJUDICE**.

4. All of Plaintiff's claims in Count III against the Moving Defendants are **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 23, 2017     s/John R. Tunheim
at Minneapolis, Minnesota     JOHN R. TUNHEIM
    Chief Judge
    United States District Court